COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Barrett Wakefield and Howard Wakefield III v. Sam Ayers and
                         Claudia Ayers

Appellate case number:   01-14-00648-CV

Trial court case number: 1007580-002

Trial court:             County Civil Court at Law No. 4 of Harris County

Appellant, Howard Wakefield, III, has filed a motion for extension of time to file his appellant's brief and a reply brief. Appellant's brief was filed with this Court on February 10, 2015. We **grant** appellant's request for an extension of time to file his appellant's brief to February 10, 2015. To the extent that appellant seeks an extension of time to file a reply to appellees' brief, we **dismiss** the request. Appellees have not yet filed a brief in response to Howard Wakefield III's appellant's brief. *See* TEX. R. APP. P. 38.6(b) (time to file appellee's brief), 38.6(c) (time for filing appellant's reply brief).

Appellees' brief in response to appellant Howard Wakefield III's brief, if any, is due no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(b). Appellant's reply brief is due 20 days after appellees file a brief, if any. *See* TEX. R. APP. P. 38.3.

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                   ☒ Acting individually    ☐ Acting for the Court


Date: February 24, 2015